UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GEORGE ESPINAL, | : | **CLOSED** |
| Petitioner, | : | **Hon. Robert B. Kugler** |
| v. | : | Civil No. 06-0426 (RBK) |
| SAMUELS, | : | <u>ORDER</u> |
| Respondent. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this __14th__ day of _____February_____, 2006,

ORDERED that Petitioner's application to proceed <u>in forma pauperis</u> is GRANTED; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

<u>S/Robert B. Kugler</u>
ROBERT B. KUGLER, U.S.D.J.